IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IP CLEANING S.p.A. and
FAIP North America, Inc.,

                                                                         ORDER

                            Plaintiffs,

                                                        08-cv-147-bbc

    v.

ANNOVI REVERBERI S.p.A.,

                            Defendant,

    v.

ANNOVI REVERBERI S.p.A.,

                            Counter Claimant,

    v.

IP CLEANING S.p.A. and
FAIP NORTH AMERICA, INC.,

                            Counter Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A hearing on defendant's motion to strike the expert report of Dr. Albert V. Karvelis

1

was held by telephone on February 20, 2009 before United States District Judge Barbara B. Crabb.  Plaintiffs appeared by Aaron Feigelson and Ted Long. Defendant appeared by Eric Weisblatt, Eugenia Carter, Martin Bruehs and Ronni Jillions.

After hearing argument, I determined that the initial report was incomplete but that it was followed up promptly (albeit untimely under the pretrial order) and that any prejudice defendant would have suffered was so minimal that no sanction was required.

ORDER

The motion of defendant Annovi Reverberi S.p.a. to strike the expert report of Dr. Albert V. Karvelis is DENIED.

Entered this 25th day of February, 2009.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge